IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUSTIN WEITZEL,<br><br>Defendant. | **8:26CR98**<br><br>**ORDER** |

This matter is before the Court on the magistrate judge's Findings and Recommendation (Filing No. 9) recommending the Court accept defendant Dustin Weitzel's plea of guilty. To date, neither party has objected to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1) and Nebraska Criminal Rule 11.2(d), the Court has conducted a de novo review of the record. After careful consideration,

IT IS ORDERED:

1. The Findings and Recommendation (Filing No. 9) is accepted.
2. Defendant Dustin Weitzel is found guilty and his plea is accepted. The Court finds his guilty plea is knowing, intelligent, and voluntary, and supported by an adequate factual basis.
3. The Court defers acceptance of the plea agreement until the time of sentencing pursuant to Fed. R. Crim P. 11(c)(3).
4. This case shall proceed to sentencing.

Dated this 27th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge