IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DUSTIN WEITZEL,<br><br>Defendant. | 8:26CR98<br><br>MOTION TO PERMIT DEFENDANT TO PAY RESTITUTION PRIOR TO SENTENCING |

COMES NOW the United States, by and through the undersigned Assistant United States Attorney and moves the Court to allow the defendant to tender restitution to the Clerk of the District Court for the District of Nebraska in this matter. The defendant is prepared to tender monies to be applied towards the anticipated Order of Restitution in this matter. This amount is agreed to by the parties in the Plea Agreement (Filing 11) which provides for $4,749.99 to be paid to the Dodge County Fraternal Order of Police Lodge 17 ("FOP 17"). The United States has no objection to the defendant's payment of the anticipated restitution prior to his sentencing date. The defendant has no objection to this motion.

WHEREFORE, the United States moves the Court for an order of restitution to allow the defendant to begin making payments towards the anticipated restitution in the amount of $4,749.99 prior to the sentencing date of October 1, 2026.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: s/ Sean P. Lynch
SEAN P. LYNCH, #25275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: sean.lynch@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

s/ Sean P. Lynch
Assistant U.S. Attorney